■ MAX SUDEROV et al., Appellants, v. COMMUNITY FOUNDERS, INC., Respondent.—

In our opinion, the record presents issues of fact which should be resolved after a plenary trial, and neither party is entitled to summary judgment. Sufficient to require a trial, at the least, is the issue of whether defendant did give plaintiffs any release of restrictions when plaintiffs paid $1,250 to defendant; as well as what restrictions defendant agreed to remove and the exact nature of the restrictions plaintiffs sought to be removed. Concur — Botein, P. J., Rabin, Valente, Eager and Bergan, JJ.

■ ETHEL BROWN et al., Appellants, v. HUGH BULLOCK et al., Respondents, et al., Defendants.— No opinion. Order, entered on November 27, 1961, unanimously modified, on the law, the facts and in the exercise of discretion, with $20 costs and disbursements to plaintiffs-appellants, to the extent of restoring the case to the Day Calendar for April 2, 1962, unless on or before March 15, 1962 plaintiffs file with the calendar clerk a consent to discontinue the action with prejudice. In the event plaintiffs file such a consent, a hearing shall be held before Mr. Justice TILZER, upon the notice and in the manner prescribed in the second and third decretal paragraphs, at a date and place to be fixed by him, as to why the action should not be discontinued with prejudice as to Dividend Shares, Inc. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ. [32 Misc 2d 111.]